# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**THOMAS EDWARD CHAPMAN,**

      Plaintiff,

  -vs-                                   **Case No. 15-C-533**

**YELLOW CAB COOPERATIVE,**
**WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS,**
**OFFICE OF SECRETARY OF STATE,**
**ALI MOHAMAD, and**
**GIRI PARSHUA,**

      Defendants.

## DECISION AND ORDER

Pro se Plaintiff Thomas Edward Chapman seeks leave to proceed *in forma pauperis* ("IFP") in this action against the Defendants Yellow Cab Cooperative, the Wisconsin Department of Financial Institutions, the Office of Secretary of State, Ali Mohamad, and Giri Parshua. In order to authorize a litigant to proceed IFP, the Court must make two determinations: first, whether the litigant is unable to pay the costs of commencing this action; and second, whether the action is frivolous or malicious. 28 U.S.C. §§ 1915(a) and (e)(2)(B)(i). The Court must deny a request to proceed IFP if (1) the allegation of poverty is untrue; (2) the action is frivolous; (3) the action fails to state a claim; or (4) the action seeks monetary relief against an immune defendant. 28 U.S.C. § 1915(e)(2).

Chapman's IFP petition indicates that he is married and has no dependents. His monthly income is $3,962.79, and his monthly expenses are $2,133.00. The difference between these sums is $1,829.79. Based on the information provided, Chapman has not established that he is unable to pay the current $400 fee for filing a civil action — a $350 filing fee and a $50 administrative fee. Therefore, if Chapman wants to proceed further with this action he must pay the fees no later than the stated deadline. Failure to pay the $400 fee by the stated deadline will result in the dismissal of this action.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Chapman's petition for leave to proceed IFP (ECF No. 2) is **DENIED**; and,

Chapman **MUST PAY** the $400 fee for his action **no later than June 1, 2015**.

Dated at Milwaukee, Wisconsin, this 11th day of May, 2015.

**BY THE COURT:**

*/s/ Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**