EXHIBIT 4

Date: 5/22/14

Thomas Chapman and Yellow Cab Cooperative stipulate to the following agreement

① Thomas Chapman agrees to dismiss with prejudice Wisconsin Equal Rights Division Case Number CR201300729 effective May 22, 2014.

② Yellow Cab Cooperative will make a good faith effort to find Thomas Chapman a driver position with a taxi that uses the Yellow Cab Radio Service. Yellow Cab Cooperative's good faith effort ~~does not start until Thomas Chapman provides Yellow Cab Cooperative with his PPL license~~ is contingent upon Thomas Chapman's providing a valid PPL license to Yellow Cab Cooperative.

③ Yellow Cab Cooperative agrees to waive all claims for costs and for a frivolous claim in Wisconsin ERD case number CR201300729.

Thomas Chapman
Signed: *Thomas E. Chapman*
Dated: 5/22/2014

Yellow Cab Cooperative
Signed: *[signature]*
dated: May 23rd 14